So Ordered.



Frederick P. Corbit
Bankruptcy Judge

Dated: December 19th, 2013

# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **13-00505-FPC11** |
|---|---|
| **TAD A. GROPP,** | Chapter **11** |
| Debtor. | **FINDINGS OF FACT** |

**THIS MATTER** coming before the Court for hearing on December 19, 2013, upon the issues raised by Debtor's request for confirmation of Debtor's First Amended Plan of Reorganization, filed herein on July 29, 2013, under docket number 144 (the "Plan"), and based upon the evidence produced, the Court now makes the following:

### FINDINGS OF FACT

1. Debtor's Plan was submitted to Creditors and other parties in interest;

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

Findings of Fact-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-00505-FPC11    Doc 215    Filed 12/19/13    Entered 12/20/13 14:24:00    Pg 1 of 4

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

7. Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor have paid all installments provided by this Plan to be paid within that time;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been withdrawn, resolved or overruled;

9. It is proper that the Plan be confirmed, subject to the following:

   a. The Plan is amended to provide that, notwithstanding any provision in the Plan to the contrary, should any document or writing supporting the claim of Inland Northwest Bank ("INB") provide for a late payment, charge, assessment, attorneys fees, costs, and/or default interest (collectively "Fees, Costs, and Default Interest"), said Fees, Costs, and Default Interest shall be allowed to the extent the Court determines such Fees, Costs, and Default Interest are allowable After Notice and Hearing.

   b. Notwithstanding any provision in the plan to the contrary, Article XII of the Plan does not apply to the secured claim of INB.

   c. Notwithstanding any provision in the plan to the contrary, Article XI of the Plan is hereby modified to provide that, "Except as otherwise provided in this Plan, the method of paying or providing for Creditors in this Plan is in lieu of any other payment and/or treatment. To that extent, the writings and documents of some Creditors requiring certain payments or the performance of certain obligations are altered and amended."

///END OF ORDER///

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-00505-FPC11    Doc 215    Filed 12/19/13    Entered 12/20/13 14:24:00    Pg 3 of 4

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Kevin O'Rourke
    KEVIN O'ROURKE WSBA #28912
    Attorney for Debtor

APPROVED AS TO FORM AND CONTENT
NOTICE OF PRESENTMENT WAIVED

STOCKER, SMITH, LUCIANI & STAUB, PLLC

BY: s/ Scott R. Smith
    SCOTT R. SMITH, WSBA #16380
    Attorneys for Inland Northwest Bank

Findings of Fact-4

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-00505-FPC11   Doc 215   Filed 12/19/13   Entered 12/20/13 14:24:00   Pg 4 of 4